UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BROOKE A. BURNS,

          Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C19-5769-MLP

ORDER

    On August 14, 2020, this Court affirmed the final decision of the Commissioner and dismissed this case with prejudice. (Dkt. ## 20-21.) On October 2, 2020, Plaintiff appealed that decision to the Ninth Circuit. (Dkt. # 22.) On appeal, Defendant filed an unopposed motion to vacate the judgment and to remand the matter to the District Court pursuant to *Carr v. Saul*, 141 S. Ct. 1352 (2021), which the Ninth Circuit granted. (Dkt. # 26.)

    Accordingly, the Court hereby remands this matter to the Social Security Administration for the agency to conduct further proceedings consistent with the Supreme Court's intervening decision in *Carr*.

    \\

    \\

ORDER - 1

Dated this 24th day of August, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2